SCANNED at PENDLETON and Emailed on 8-10-26 (date) by OZ (initials) 8 (num) pages.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
08/10/2026
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

**LARRY CRAIG,** )
)
**Plaintiff,** )
)
**v.** ) **Case No. 1:25-CV-0536-SEB-MKK**
)
**ARAMARK CORRECTIONAL, *et al.*** )
)
**Defendants** )

**AFFIDAVIT OF PLAINTIFF LARRY CRAIG**[1]

**1.** The undersigned, Larry Craig, declares the following pursuant to *28 U.S.C. § 1746, to wit*:

**2.** I am an adult competent to testify to the following facts and representations as they are based upon my personal knowledge.

**3.** I am an Offender who has been convicted and sentenced to a period of incarceration in the Indiana Department of Correction,[2] namely, in the custody of Andrew Cole, as the Warden of the following facility, *to wit*: Pendleton Correctional Facility, 4490 west Reformatory Road, Pendleton, Indiana 46064.[3]

**4.** I hereby agree, and do not otherwise dispute, the allegations of the following person, *to wit*: Aaron Benefiel,[4] as the General Manager of Aramark Correctional Services, LLC, at the Plainfield Correctional Facility, and the former Food Services Director of the Pendleton Correctional Facility; as alleged in the following

[1]Hereinafter ["Plaintiff's Affidavit"].
[2] Hereinafter ["IDOC"].
[3] Hereinafter ["IR"].
[4] Hereinafter ["Conyers"].



[EXHIBIT 1]

designated evidence submitted by the Defendants' in the above-entitled Cause, *to wit*:

**A.** *Declaration of Aaron Benefiel* **[ECF-33-1, at ¶¶ 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, and 14]**.

**5.** I do vehemently disagree, and otherwise dispute, the allegations of the following person, *to wit*: Conyers; as alleged in the following designated evidence submitted by the Defendants' in the above-entitled Cause, *to wit*:

A. *Declaration of Aaron Benefiel* **[ECF-33-1, at ¶¶ 11, 15, 16, and 17]**.

**6.** Specifically, I disagree with, and otherwise dispute, the foregoing facts and representations alleged in *Declaration of Aaron Benefiel* **[ECF-33-1, at ¶¶ 7, 9,10, 11, 12, 13, 14, and 15]**, as follows, *to wit*:

**A.** **[ECF-33-1, at ¶ 11]**:

**i.** All facts alleged by Benefiel in this paragraph are false;

**ii.** I was not served *any* Ramadan Meals, or Lockdown Ramadan Meals, as such is designated in the Master Menu prescribed by the Dietician;

**iii.** At no time was Benefiel's errors that of inadvertence, as such is disputed by a then employee of his, *to wit*: Marques Holmes, 200407, Incarcerated Individual, and then Kosher and Diet Cook of the Pendleton Correctional Facility Kitchen; as he was directed by Benefiel, and agreed to by Incarcerated Individual Holmes, to intentionally failed to follow the prescribed menu by the Dietician for Ramadan From March 22, 2023 and April 21, 2023;

**iv.** Specifically, Benefiel Directed Incarcerated Individual Holmes to cut back on such Ramadan Meals with substitutions or detractions of items therein; thus denying all Ramadan Meal Recipients, including Incarcerated Individual Craig, the proper and complete Ramadan Diet, in 2023; and



[EXHIBIT 1]

v. I know this to be true as Incarcerated Individual Holmes admitted such to me, and such was apparent from the deficient amounts not supplied to me in part or in whole.

B. **[ECF-33-1, at ¶ 15]**:

i. All facts alleged by Benefiel in this paragraph are false;

ii. I was not served *any* Ramadan Meals, or Lockdown Ramadan Meals, as such is designated in the Master Menu prescribed by the Dietician;

iii. At no time was Benefiel's errors that of inadvertence, as such is disputed by a then employee of his, *to wit*: Marques Holmes, 200407, Incarcerated Individual, and then Kosher and Diet Cook of the Pendleton Correctional Facility Kitchen; as he was directed by Benefiel, and agreed to by Incarcerated Individual Holmes, to intentionally failed to follow the prescribed menu by the Dietician for Ramadan From March 22, 2023 and April 21, 2023;

iv. Specifically, Benefiel Directed Incarcerated Individual Holmes to cut back on such Ramadan Meals with substitutions or detractions of items therein; thus denying all Ramadan Meal Recipients, including Incarcerated Individual Craig, the proper and complete Ramadan Diet, in 2023; and

v. I know this to be true as Incarcerated Individual Holmes admitted such to me, and such was apparent from the deficient amounts not supplied to me in part or in whole.

C. **[ECF-33-1, at ¶ 16]**:

i. All facts alleged by Benefiel in this paragraph are false;

ii. I was not served *any* Ramadan Meals, or Lockdown Ramadan Meals, as such is designated in the Master Menu prescribed by the Dietician;

iii. At no time was Benefiel's errors that of inadvertence, as such is disputed by a then employee of his, *to wit*: Marques Holmes, 200407, Incarcerated Individual, and then Kosher and Diet Cook of the Pendleton Correctional Facility Kitchen; as he was directed by Benefiel, and agreed to by Incarcerated Individual



[EXHIBIT 1]

Holmes, to intentionally failed to follow the prescribed menu by the Dietician for Ramadan From March 22, 2023 and April 21, 2023;

iv. Specifically, Benefiel Directed Incarcerated Individual Holmes to cut back on such Ramadan Meals with substitutions or detractions of items therein; thus denying all Ramadan Meal Recipients, including Incarcerated Individual Craig, the proper and complete Ramadan Diet, in 2023; and

v. I know this to be true as Incarcerated Individual Holmes admitted such to me, and such was apparent from the deficient amounts not supplied to me in part or in whole.

**D. [ECF-33-1, at ¶ 17]**:

i. All facts alleged by Benefiel in this paragraph are false;

ii. I was not served *any* Ramadan Meals, or Lockdown Ramadan Meals, as such is designated in the Master Menu prescribed by the Dietician;

iii. At no time was Benefiel's errors that of inadvertence, as such is disputed by a then employee of his, *to wit*: Marques Holmes, 200407, Incarcerated Individual, and then Kosher and Diet Cook of the Pendleton Correctional Facility Kitchen; as he was directed by Benefiel, and agreed to by Incarcerated Individual Holmes, to intentionally failed to follow the prescribed menu by the Dietician for Ramadan From March 22, 2023 and April 21, 2023;

iv. Specifically, Benefiel Directed Incarcerated Individual Holmes to cut back on such Ramadan Meals with substitutions or detractions of items therein; thus denying all Ramadan Meal Recipients, including Incarcerated Individual Craig, the proper and complete Ramadan Diet, in 2023; and

v. I know this to be true as Incarcerated Individual Holmes admitted such to me, and such was apparent from the deficient amounts not supplied to me in part or in whole.

**7.** It is my understanding that the information conveyed to me by Incarcerated Individual Holmes is admissible in this *Summary Judgment Proceeding*, and at



[EXHIBIT 1]

Trial, as such is not hearsay and statements of a co-conspirator made in furtherance of the conspiracy, *to wit*: Not provide Ramadan Meals, under any version of the Prescribed Menu of the Dietician, so as to prevent such from being provided and to save money for Bonus Payments to Benefiel. *See, e.g., Rule 801 (d)(2)(E) of the Federal Rules of Evidence.*

**FURTHER AFFIANT SAYETH NAUGHT**

Respectfully Submitted,

Larry Craig, D.O.C. 956703
Affiant/Petitioner *pro-se*
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, Indiana 46064



[EXHIBIT 1]

## DECLARATION

**8.** I, Larry Craig, pursuant to *28 U.S.C. § 1746*, under the penalties of perjury, are the truth, the whole truth, and nothing but the truth; all known to me personally and in full compliance with *Rule 602* of the *Federal Rules of Evidence.* See, e.g., United States v. Quiroz, 874 F.3d 562, 570 (7th Cir. 2017) (Before admitting evidence under *Rule 801(d)(2)(E)*, the court must find by a preponderance of the evidence (1) that a conspiracy existed, (2) that the declarant was a member of the same conspiracy as the defendant, and (3) that the statement was made in furtherance of the conspiracy. *Bourjaily v. United States*, 483 U.S. 171, 175-76, 107 S. Ct. 2775, 97 L. Ed. 2d 144 (1987). A district court's factual determination as to the existence of these elements is reviewed for clear error. *United States v. Hogan*, 886 F.2d 1497, 1504 (7th Cir. 1989); and a conspiracy exists when there is "an agreement to commit some illegal act and [when] the alleged coconspirator knew 'something of its general scope and objective though not necessarily its details.'" *Mahkimetas*, 991 F.2d at 382 (quoting *United States v. Cerro*, 775 F.2d 908, 911 (7th Cir. 1985)). The court "may examine the hearsay statements sought to be admitted" and give the evidence "such weight as ... judgment and experience counsel." *Bourjaily*, 483 U.S. at 175. But we have required some evidence independent of the out-of-court statement itself to corroborate the conspiracy's existence. *United States v. Lindemann*, 85 F.3d 1232, 1239 (7th Cir. 1996)).

Respectfully Submitted,

Larry Craig, D.O.C. 956703



[EXHIBIT 1]

Affiant/Petitioner *pro-se*
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, Indiana 46064



[EXHIBIT 1]

## CERTIFICATE OF FILING AND SERVICE

**13.** I, Larry Craig, being duly sworn upon my oath, under the penalties of perjury, pursuant to *18 U.S.C. § 1503* and *28 U.S.C. §1746*; do hereby allege and say that the foregoing document, *to wit*: *Affidavit of Plaintiff Larry Craig*; has been filed electronically upon the Clerk of the United States District Court for the Southern District of Indiana, Indianapolis Division; and the counsel for the Respondent, *to wit*:

> **A.** Gorgianna Q. Tutwiler, *Esq*., Hume, Smith Geddes, Gren & Simmons, LLP, 54 Monument Circle, 4th Floor, Indianapolis, Indiana 46204;

pursuant to the *Prison Mailbox Rule* of the following judicial precedent, *to wit*: *Houston v. Lack*, 487 U.S. 266, 270, 276 (1988); and *Thomas v. Gish*, 64 F.3d 323, 324-25 (7th Cir. 1995); on this 10 day of August, 2026.

Respectfully Submitted,

Larry Craig, D.O.C. 956703
Affiant/Petitioner *pro-se*
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, Indiana 46064



[EXHIBIT 1]